# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

'12 MAR 23 PM 21

*In the Matter of the Search of*

Case Number: 12 m 620

A USPS Express Mail parcel with tracking number EI332504379US addressed to "Casey Therrian, 400 dakota ST, Oshkosh, WI 54902" and containing the return address "Mark Kenton, 3939 Crenshaw BLVD, Los Angeles, CA 90008."

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in Oneida, WI in the Eastern District of Wisconsin

**A USPS Express Mail parcel with tracking number EI332504379US addressed to "Casey Therrian, 400 dakota ST, Oshkosh, WI 54902' and containing the return address 'Mark Kenton, 3939 Crenshaw BLVD, Los Angeles, CA 90008."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before  3-31-12  , 2012
(not to exceed 14 days)
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R Sickel.

Date and time issued  March 21, 2012; 12:35 p.m.

Judge's signature

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 12-M-620 | March 21, 2012 at 1:39 PM | USPS |

Inventory made in the presence of
Derik Thieme, US Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

Express Mail parcel EI332504379US which contained:

1. One bundle of a green leafy substance inside a vacuum sealed bag labeled "OG Skunk." This bundle weighed approximately 332 grams and tested positive for the presence of THC using the Duquenois-Levine Reagent field test kit.
2. One bundle of a green leafy substance inside a vacuum sealed bag labeled "OG Kush." This bundle weighed approximately 476 grams.
3. One bundle of a green leafy substance inside a vacuum sealed bag labeled "OG Kush." This bundle weighed approximately 473 grams.
4. One bundle of a green leafy substance inside a vacuum sealed bag labeled "OG Skunk." This bundle weighed approximately 321 grams.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/23/2012

_____
(Executing officer's signature)

Subscribed, sworn to, and returned before me this date.

_____
(U.S. Judge or Magistrate Judge)

MATT SIMMITZ, US POSTAL INSPECTOR
(Printed name and title)

3/23/12
(Date)

Case 1:12-mj-00620-JRS   Filed 03/23/12   Page 2 of 2   Document 2